1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BENJAMIN JUSTIN BROWNLEE,                    No.  2:19-cv-2524 DJC AC P

12                          Petitioner,

13         v.                                      ORDER

14    JAMES HILL,

15                          Respondent.

16

17         Petitioner has filed a motion for a ninety-day extension of time to file objections to the

18    October 2, 2024 findings and recommendations.  Good cause appearing, the motion will be

19    granted.  However, due to the length of the extension, further requests for extension are unlikely

20    to be granted absent a showing of extraordinary circumstances.

21         Accordingly, IT IS HEREBY ORDERED that:

22         1. Petitioner's motion for an extension of time (ECF No. 35) is GRANTED; and

23         2. Petitioner has ninety days from the service of this order to file any objections.

24    DATED: November 1, 2024

25

26                                                 ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE
27

28